UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **FRANTZ CADET** | * | CIVIL ACTION NO. 14-0209<br>Section P |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **ERIC HOLDER, JR.** | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Respondent's Motion to Dismiss [Doc. No. 10] is hereby GRANTED, and that the Petition for Writ of *Habeas Corpus* is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 2nd day of June, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE